HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ALEX DEAN PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-CR-0226 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ALEX DEAN PETERSON, | |
| Defendant. | Date: January 18, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Alex Peterson, and plaintiff, United States of America, that the status conference scheduled for January 18, 2018, may be continued to March 15, 2018, at 10:00 a.m.

The government has yet to produce most of the discovery arising from the investigation but expects to do so shortly.  The defense is ordering records and will need additional time to review and evaluate the discovery once it is received.  The parties hope to have a better estimate by mid-March about future scheduling.  They ask the Court to continue the status conference to March 15, 2018, and to exclude time

-1-

through that date to give them adequate time to prepare, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The parties agree that the interests of justice to be served by this continuance outweigh the best interests of Mr. Peterson and the public in a speedy trial, and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 16, 2018  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ALEX PETERSON

McGREGOR SCOTT
United States Attorney

Dated: January 16, 2018  /s/ T. Zindel for C. Desmond
CAMERON DESMOND
Assistant U.S. Attorney

**O R D E R**

The status conference set for January 18, 2018, is continued to March 15, 2018, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 15, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE