1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5

6   Attorney for Defendant
    ALEX DEAN PETERSON
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,        )   Case No.  2:17-CR-0226 MCE
                                       )
14              Plaintiff,             )
                                       )   **STIPULATION AND ORDER**
15         vs.                         )   **CONTINUING STATUS CONFERENCE**
                                       )   **AND EXCLUDING TIME**
16   ALEX DEAN PETERSON,               )
                                       )
17              Defendant.             )   Date:   March 15, 2018
                                       )   Time:   10:00 a.m.
18   _____ )   Judge: Hon. Morrison C. England

19

20         It is hereby stipulated and agreed between defendant, Alex Peterson, and

21   plaintiff, United States of America, that the status conference scheduled for March 15,

22   2018, may be continued to April 19, 2018, at 10:00 a.m.

23         The government recently provided discovery but defense counsel seeks time to

24   review the discovery in detail with Mr. Peterson.  The defense is also ordering records

25   and will need additional time to review and evaluate them once received.  The parties

26   ask the Court to continue the status conference to April 19, 2018, and to exclude time

27   through that date to give them adequate time to prepare, pursuant to Title 18, United

28
                                       -1-

States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice to be served by this continuance outweigh the best interests of Mr. Peterson and the public in a speedy trial, and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  March 13, 2018                    /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ALEX PETERSON

McGREGOR SCOTT
United States Attorney

Dated:  March 13, 2018                    /s/  T. Zindel for C. Desmond____
CAMERON DESMOND
Assistant U.S. Attorney

# O R D E R

The status conference set for March 15, 2018, is continued to April 19, 2018, at 10:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 19, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE