HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ALEX DEAN PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-0226 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ALEX DEAN PETERSON, | |
| Defendant. | Date: April 19, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Alex Peterson, and plaintiff, United States of America, that the status conference scheduled for April 19, 2018, may be continued to May 17, 2018, at 10:00 a.m.

The government recently provided discovery but defense counsel seeks time to review the discovery in detail with Mr. Peterson. The defense is also ordering records and will need additional time to review and evaluate them once received. The parties ask the Court to continue the status conference to May 17, 2018, and to exclude time through that date to give them adequate time to prepare, pursuant to Title 18, United

States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice to be served by this continuance outweigh the best interests of Mr. Peterson and the public in a speedy trial, and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 13, 2018

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ALEX PETERSON

McGREGOR SCOTT
United States Attorney

Dated:  April 13, 2018

/s/  T. Zindel for C. Desmond
CAMERON DESMOND
Assistant U.S. Attorney

**O R D E R**

The status conference set for April 19, 2018, is continued to May 17, 2018, at 10:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through May 17, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  April 16, 2018

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE