HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ALEX DEAN PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX DEAN PETERSON,<br><br>Defendant. | Case No. 2:17-CR-0226 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: July 19, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Alex Peterson, and plaintiff, United States of America, that the status conference scheduled for July 19, 2018, may be continued to September 6, 2018, at 10:00 a.m.

The defense continues to await records that may bear on resolution of the case and will need additional time to review and evaluate them once received. The parties ask the Court to continue the status conference to September 6, 2018, and to exclude time through that date to give them adequate time to prepare, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The parties agree that the

-1-

interests of justice to be served by this continuance outweigh the best interests of Mr. Peterson and the public in a speedy trial, and ask the Court to so find.

          Respectfully Submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Dated: July 17, 2018    /s/ T. Zindel
          TIMOTHY ZINDEL
          Assistant Federal Defender
          Attorney for ALEX PETERSON

          McGREGOR SCOTT
          United States Attorney

Dated: July 17, 2018    /s/ T. Zindel for C. Desmond
          CAMERON DESMOND
          Assistant U.S. Attorney

# O R D E R

The status conference set for July 19, 2018, is continued to September 6, 2018, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 6, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 17, 2018

          MORRISON C. ENGLAND, JR
          UNITED STATES DISTRICT JUDGE