HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ALEX DEAN PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX DEAN PETERSON,<br><br>Defendant. | Case No.  2:17-CR-0226 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   September 6, 2018<br>Time:   10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Alex Peterson, and plaintiff, United States of America, that the status conference scheduled for September 6, 2018, may be continued to September 27, 2018, at 10:00 a.m.

The defense continues to review records that may bear on resolution of the case and needs additional time to review and evaluate.  The parties ask the Court to continue the status conference to September 27, 2018, and to exclude time through that date to give them adequate time to prepare, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice to be served by

-1-

this continuance outweigh the best interests of Mr. Peterson and the public in a speedy trial, and ask the Court to so find.

                                                  Respectfully Submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

Dated: September 4, 2018        /s/ T. Zindel
                                                 TIMOTHY ZINDEL
                                                 Assistant Federal Defender
                                                 Attorney for ALEX PETERSON

                                                 McGREGOR SCOTT
                                                 United States Attorney

Dated: September 4, 2018        /s/ T. Zindel for C. Desmond
                                                 CAMERON DESMOND
                                                 Assistant U.S. Attorney

## O R D E R

      The status conference set for September 6, 2018, is continued to September 27, 2018, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 27, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated: September 5, 2018

                                                 MORRISON C. ENGLAND, JR
                                                 UNITED STATES DISTRICT JUDGE