1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   ALEX DEAN PETERSON
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:17-CR-0226 MCE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ALEX DEAN PETERSON, | ) | |
| Defendant. | ) | Date:   September 27, 2018<br>Time:   10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Alex Peterson, and plaintiff, United States of America, that the status conference scheduled for September 27, 2018, may be continued to November 1, 2018, at 10:00 a.m.

The defense continues to review records that may bear on resolution of the case and needs additional time to review and evaluate.  The parties ask the Court to continue the status conference to November 1, 2018, and to exclude time through that date to give them adequate time to prepare, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice to be served by

-1-

this continuance outweigh the best interests of Mr. Peterson and the public in a speedy trial, and ask the Court to so find.

                                       Respectfully Submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

Dated: September 25, 2018       /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for ALEX PETERSON

                                         McGREGOR SCOTT
                                         United States Attorney

Dated: September 25, 2018       /s/ T. Zindel for C. Desmond
                                         CAMERON DESMOND
                                         Assistant U.S. Attorney

# O R D E R

The status conference set for September 27, 2018, is continued to November 1, 2018, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 1, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 28, 2018

                                                   MORRISON C. ENGLAND, JR.
                                                 UNITED STATES DISTRICT JUDGE