HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ALEX DEAN PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-CR-0226 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ALEX DEAN PETERSON, | |
| Defendant. | Date:   November 1, 2018<br>Time:   10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Alex Peterson, and plaintiff, United States of America, that the status conference scheduled for November 1, 2018, may be continued to December 13, 2018, at 10:00 a.m.

The defense has provided records that may bear on resolution of the case and both parties need additional time to review and evaluate.  The parties ask the Court to continue the status conference to December 13, 2018, and to exclude time through that date to give them adequate time to prepare, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice to be

served by this continuance outweigh the best interests of Mr. Peterson and the public in a speedy trial, and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 30, 2018          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ALEX PETERSON

                                 McGREGOR SCOTT
                                 United States Attorney

Dated: October 30, 2018          /s/ T. Zindel for C. Desmond
                                 CAMERON DESMOND
                                 Assistant U.S. Attorney

# O R D E R

The status conference set for November 1, 2018, is continued to December 13, 2018, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 13, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 31, 2018

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-