McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00226-MCE |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ALEX DEAN PETERSON, | |
| Defendant. | |

Good cause having been shown, the Government is granted leave to seal Plaintiff's Notice of Motion and Motion and Application for Preliminary Order of Forfeiture (ECF Doc. 37) filed February 27, 2019, and to file its Request to Seal ECF Document Number 37 and Order under seal.

IT IS SO ORDERED.

Dated: March 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order

1