1  McGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   KEVIN C. KHASIGIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX DEAN PETERSON,<br><br>Defendant. | 2:17-CR-00226-MCE<br><br>FINAL ORDER OF FORFEITURE |

On March 14, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the guilty plea entered by defendant Alex Dean Peterson and the Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff and defendant Alex Dean Peterson forfeiting to the United States the following property:

    a.    Approximately $2,821.00 of the $5,642.00 in U.S. Currency, plus all accrued interest on the entire amount seized.

Beginning on March 18, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

1

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Alex Dean Peterson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $2,821.00 of the $5,642.00 in U.S. Currency to defendant Alex Dean Peterson through attorney Timothy Zindel.

IT IS SO ORDERED.

Dated: June 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE